# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JOHNSON CONTROLS, INC.,**
    Plaintiff,

v.                             Case No. 11-CV-00928

**EDMAN CONTROLS, INC.,**
    Defendant.

## DECISION AND ORDER

On May 14, 2012, I entered final judgment in favor of Edman Controls, Inc. ("Edman") and ordered Johnson Controls, Inc. ("JCI") to pay Edman $733,341.64 pursuant to that award, plus $23,042.16 in prejudgment interest. JCI now moves for an order staying execution of the judgment while its appeal is pending before the Seventh Circuit and permitting it to post a supersedeas bond in the amount of $870,341.37. Since Edman has not filed a brief in opposition to this motion, I will grant it. See Civil L.R. 7(d).

**THEREFORE, IT IS ORDERED** that JCI's motion to stay execution pending appeal and fix supersedeas bond [DOCKET #25] is **GRANTED**.

**IT IS FURTHER ORDERED** that Edman's motions for writs of garnishment [DOCKET #14, 33] are **DENIED**.

Dated at Milwaukee, Wisconsin, this 11th day of July 2012.

                                            s/ Lynn Adelman
                                            LYNN ADELMAN
                                            District Judge