UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**JOHNSON CONTROLS, INC.,**
    Plaintiff,

  v.              Case No. 11-CV-00928

**EDMAN CONTROLS, INC.,**
    Defendant.

## ORDER

  Defendant Edman Controls, Inc. filed a motion to amend/correct the supersedeas bond filed by plaintiff Johnson Controls, Inc. Defendant asks that the bond be amended to indicate that it secures payment of both the May 14, 2012 judgment and the July 26, 2012 award of attorney's fees. Plaintiff has not filed any brief in opposition to this motion. Under Civil L.R. 7(d) (E.D. Wis. 2010), "failure to file a memorandum in opposition to a motion is sufficient cause for the Court to grant the motion."

  **THEREFORE, IT IS ORDERED** that defendant's motion to amend/correct the supersedeas bond [DOCKET #43] is **GRANTED**.

  Dated at Milwaukee, Wisconsin, this 7th day of August 2012.

                s/ Lynn Adelman
                LYNN ADELMAN
                District Judge